**BUCHANAN INGERSOLL & ROONEY PC**
Andrew Hope, Esq. (NY Bar Id. 4913547)
640 5th Avenue, 9th Floor
New York, New York 10019-6102
215 665 5322 (o)
andrew.hope@bipc.com
*Counsel for TransUnion*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| GIUSEPPE AZZARA, | CASE NO. |
| Plaintiff, | |
| vs. | |
| TRANSUNION, | |
| Defendant. | |

**TRANSUNION'S NOTICE OF REMOVAL**

Pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendant TransUnion hereby removes the subject action from the Civil Court of the City of New York, County of Queens, to the United States District Court for the Eastern District of New York on the following grounds:

1. Plaintiff Giuseppe Azzara ("Azzara") is a natural person who resides in New York, Queens County.

2. Defendant TransUnion is a Delaware corporation with its principal place of business in Illinois.

**NATURE OF CASE**

3. On February 25, 2025, Azzara commenced this action in the Civil Court of the City of New York, County of Queens, entitled *Giuseppe Azzara v. TransUnion*, Index Number CV-

004250-25/QU via a Summons with Complaint (the "Complaint"). A true and correct copy of the Summons with Complaint is attached hereto as **Exhibit A**.

4. On March 12, 2025, Azzara served TransUnion with the Complaint. No other process, pleadings, or orders have been served on TransUnion.

5. Azzara makes claims under and alleges that TransUnion violated the Fair Credit Reporting Act, 15 U.S.C. § 1681, *et seq.* (the "FCRA"). *See* Ex. A.

6. This Court has original jurisdiction over the subject action pursuant to 28 U.S.C. § 1331 since there is a federal question. As alleged, this suit falls within the FCRA which thus supplies this federal question.

7. Pursuant to 28 U.S.C. § 1441, *et seq.*, this cause may be removed from the Civil Court of the City of New York, County of Queens, to the United States District Court for the Eastern District of New York.

8. Removal is timely under 28 U.S.C. § 1446 because this Notice of Removal is filed within 30 days after TransUnion's receipt of a copy of the Complaint, filed in the Civil Court of the City of New York, County of Queens.

9. Attached hereto as **Exhibit B** is a copy of TransUnion's Notice of Filing Notice of Removal to be filed in the Civil Court of the City of New York, County of Queens, Index Number CV-004250-25/QU.

10. TransUnion is the only defendant in this action so no consent is needed.

11. Notice of this Removal will promptly be filed with the Civil Court of the City of New York, County of Queens and served upon all parties.

**WHEREFORE**, Defendant TransUnion, by counsel, removes the subject action from the Civil Court of the City of New York, County of Queens to this United States District Court, Eastern District of New York.

Date: April 10, 2025  **BUCHANAN INGERSOLL & ROONEY PC**

<u>/s/ Andrew G. Hope</u>
Andrew G. Hope (NY Bar ID No. 4913547)
640 5th Avenue, 9th Floor
New York, New York 10019-6102
215 665 5322 (o)
andrew.hope@bipc.com

*Counsel for TransUnion*