# EXHIBIT A

COPY

CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF QUEENS
--------------------------------------------------------------------X
GIUSEPPE AZZARA,

                              Plaintiff,

              - against -

TRANSUNION,

                       Defendant(s).
--------------------------------------------------------------------X

Index No.:

**SUMMONS**          664250

Basis of Venue:
Plaintiff's Residence

Plaintiff's Address:
5927 70th Avenue
Flushing, New York 11385

TO THE ABOVE-NAMED DEFENDANT:

YOU ARE HEREBY SUMMONED to appear in the Civil Court of the City of New York,
County of Queens, at the office of said court at 89-17 Sutphin Blvd, Jamaica, NY, within the
time provided by law as noted below and to file your answer to the annexed complaint with the
Clerk. Upon your failure to answer, judgment will be taken against you for the sum demanded in
the complaint, with interest and costs.

Dated: February 21, 2025
       New York, New York

COPY
CERTIFIED PAPERS
RECEIVED AND FILED
ON   FEB 2 5 2025
CIVIL COURT
QUEENS COUNTY

Sincerely,

_Pablo Bustos_ (signature)

Pablo E. Bustos, Esq.
Bustos & Associates, P.C.
70 West 40th Street, 8ᵗʰ Floor
New York, New York 10018
pbustos@bustosassociates.com
Phone: (212) 970-6727

To:    TRANSUNION
        555 West Adams Street
        Chicago, IL 60661

NOTE : The law provides that : (a) If this summons is served by its delivery to you personally within the
County of Suffolk, you must appear and answer within TWENTY days after such service; or (b) If this
summons is served by delivery to any person other than you personally, or is served outside of the County
of Suffolk, or by publication, or by any means other than personal delivery to you with the County of
Suffolk, you are allowed THIRTY days after proof of service thereof is filed with the Clerk of the Court
within which to appear and answer. (c) You are required to file a copy of your answer together
with proof of service with the Clerk of the district in which the action is brought within 10 days
of the service of the answer.

CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF QUEENS
-----------------------------------------------------------------X    Index No.:
GIUSEPPE AZZARA,

                                         **COMPLAINT**

                Plaintiff,

        - against -

TRANSUNION,

                Defendant(s).
-----------------------------------------------------------------X

        Plaintiff GIUSEPPE AZZARA ("Plaintiff"), by and through his attorneys, Bustos &

Associates, P.C., as and for his Complaint against the Defendant TRANSUNION ("Defendant"),

respectfully sets forth, complains and alleges, upon information and belief, the following:

<b><u>INTRODUCTION/PRELIMINARY STATEMENT</u></b>

        1.      Plaintiff brings this action on his own behalf for damages and declaratory and

injunctive relief arising from the Defendant's violation(s) of: (i) §1681 *et seq. as amended,* of Title

15 of the United States Code, commonly referred to the Fair Credit Reporting Act ("FCRA").

<b><u>PARTIES</u></b>

        2.      Plaintiff, GIUSEPPE AZZARA is a resident of the State of NEW YORK, residing in

Queens County.

        3.      Defendant, TRANSUNION is an ILLINOIS corporation and has a place of business

at 555 WEST ADAMS STREET CHICAGO, ILLINOIS 60661.

        4.      The Defendant is regularly engaged in the business of assembling, evaluating, and

disbursing information concerning consumers for the purpose of furnishing consumer reports, as

defined in 15 USC §1681(d) to third parties.

## JURISDICTION AND VENUE

5.    The Court has jurisdiction over this matter pursuant to 28 USC § 1331, 1337, as well as 15 USC § 1681p *et seq.* and 28 U.S.C. § 2201. The Court also has pendent jurisdiction over the state law claims in this action pursuant to 28 U.S.C. §1367(a).

6.    Venue is proper in this judicial district pursuant to 28 U.S.C. § 1391(b)(2).

## FACTUAL ALLEGATIONS

7.    Plaintiff repeats, reiterates and incorporates the allegations contained in paragraphs numbered "1" through "6" herein with the same force and effect as if the same were set forth at length herein.

8.    Plaintiff obtained a copy of his credit report on October 17, 2024, and noticed several accounts reporting inaccurate information. Based on this information the Plaintiff wrote a dispute letter to the Defendant dated November 11, 2024, and sent it via certified mail. The letter stated:

TRANSUNION:

Re: Delete Inaccurate Information

Dear Sir or Madam:

I am requesting that you investigate and remove the following account.

THE FOLLOWING ACCOUNT IS WRONG AND INACURRATE–PLEASE INVESTIGATE AND DELETE ACCOUNT.

1.    BANKRUPTCY CH 13 REFERENCE# 1846208CEC

**PLEASE NOTE** I AM OPTING OUT OF RECEIVING CREDIT REPORT RESPONSES ELECTRONICALLY. I MUST RECEIVE ALL CORRESPONDENCE VIA U.S. MAIL.

AS OF RIGHT NOW, PLEASE DO NOT ADD A FRAUD ALERT TO MY

CREDIT FILE UNLESS I SPECIFICALLY REQUEST IT FROM YOU AND

NOT FROM ANY OTHER CREDIT BUREAU(S).

9.      Transunion responded with a letter dated November 22, 2024.

10.    The Defendant's letter included the statement: "We applaud your recent efforts to take charge of your credit. We want you to know we're on your side, and we're here to help support you on your path toward credit health. We recently received a request that included your information, but it didn't appear that you or a properly authorized third party sent it to us. We take privacy and security of your data very seriously, so we won't process requests unless they come directly from you or an authorized third party."

11.    The Plaintiff's dispute letter was sent directly by him to the Defendant, and it contained his correct name, address, date of birth, and social security number. The same information he used to obtain his credit report. The Plaintiff included a copy of his driver's license.

12.    The Defendant failed to properly investigate the disputed account and failed to respond within the 30-day requirement, failed to either verify, delete, or mark the accounts as disputed, thereby violating the Plaintiff's rights under the FCRA. The Plaintiff pulled his credit report in December 2024 and nothing had been updated or changed.

## FIRST CAUSE OF ACTION
### (Violations of the FCRA)

13.    Plaintiff repeats, reiterates and incorporates the allegations contained in paragraphs numbered "1" through "12" herein with the same force and effect as if the same were set forth at length herein.

14.    15 USC §1681i(a) Reinvestigations of disputed information

(1) Reinvestigation required

(A) In general

Subject to subsection (f) and except as provided in subsection (g), if the completeness or accuracy of any item of information contained in a consumer's file at a consumer reporting agency is disputed by the consumer and the consumer notifies the agency directly, or indirectly through a reseller, of such dispute, the agency shall, free of charge, conduct a reasonable reinvestigation to determine whether the disputed information is inaccurate and record the current status of the disputed information, or delete the item from the file in accordance with paragraph (5), before the end of the 30-day period beginning on the date on which the agency receives the notice of the dispute from the consumer or reseller.

15.    The Defendant violated 15 USC §1681i(a) by failing to properly investigate the disputed account and respond to the Plaintiff within the required 30-day period and further to delete the account within the required 30 days.

16.    The Defendant violated the Plaintiff's rights under 15 USC §1681e(b) by failing to establish and/or follow reasonable procedures to assure maximum possible accuracy of the information it reported to one or more third parties pertaining to the Plaintiff's credit report and credit files Defendant published and maintained, and by failing to update the credit report, delete and/or remove the disputed accounts as the Plaintiff requested.

17.    As a result, Defendant violated 15 USC §1681e(b), Plaintiff suffered actual damages, including but not limited to: loss of credit, damage to reputation, embarrassment, humiliation, and other mental, physical and emotional distress.

18.    The violation by the Defendant of 15 USC §1681e (b) were willful, rendering them liable for punitive damages in an amount to be determined by the Court pursuant to 15 USC §1681n.

19.     After receiving the Plaintiff's dispute, Defendant negligently failed to conduct a reasonable reinvestigation as required by15 USC §1681i. As a direct and proximate cause of Defendant's negligent failure to perform its duties under FCRA, the Plaintiff has suffered actual damages, mental anguish and suffering, humiliation, and embarrassment.

20.     Defendant is liable to the Plaintiff by reason of its violation of the FCRA in an amount to be determined by the trier fact together with her reasonable attorney's fees pursuant to15 USC §1681o.

21.     Defendant prepared. compiled, issued, assembled, transferred, published, and otherwise reproduced consumer reports regarding the Plaintiff as that term is defined in 15 USC §1681i(a).

22.     Such reports contained information about the Plaintiff that was false, misleading, and inaccurate.

23.     The Defendant violated 15 USC §1681i(a) by failing to conduct a reasonable reinvestigation after receiving the Plaintiff's dispute to an Errant Trade line to determine whether the disputed information was inaccurate and record the current status of the disputed information, by either updating or deleting the item from the Plaintiff's credit files.

24.     As a result of the Defendant violations of 15 USC §1681i(a), Plaintiff suffered actual damages, including but not limited to: loss of credit, damage to reputation, embarrassment, humiliation, and other mental, physical, and emotional distress.

25.     The violations by the Defendant of 15 USC §1681i(a) were willful, rendering them liable for punitive damages in an amount to be determined by the Court pursuant to 15 USC §1681n. In the alternative, the Defendant was negligent, which entitles Plaintiff to recovery under 15 USC §1681o.

26.     As a result of the Defendant's violations of 15 USC §1681i (a)(1)(A), Plaintiff suffered actual damages, including but not limited to: loss of credit, damage to reputation, embarrassment, humiliation, and other mental, physical and emotional distress.

27.     The violations by the Defendant of 15 USC §1681i (a)(1)(A) were willful, rendering them liable for punitive damages in an amount to be determined by the Court pursuant to 15 USC §1681n. In the alternative, the Defendant was negligent, which entitles Plaintiff to recovery under 15 USC §1681o.

28.     The Defendant violated 15 USC §168i (a)(5)(A) by failing to promptly delete the disputed inaccurate items of information from Plaintiff's credit file or modify the item of information upon a lawful reinvestigation.

29.     Plaintiff is entitled to recover actual damages, statutory damages, costs, and attorney fees from the Defendant in an amount to be determined by the Court pursuant to 15 USC §1681n and 15 USC §

30.     **WHEREFORE**, Plaintiff demands judgment for actual, statutory, and punitive damages against Defendant, jointly and severally; for his attorneys' fees and costs, for pre-judgment and post-judgment interest at the judgment rate, and such other relief the Court deems just and proper.

## DEMAND FOR TRIAL BY JURY

31.     Plaintiff hereby respectfully requests a trial by jury for all claims and issues in its Complaint to which it is or may be entitled to a jury trial.

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff demands judgment from the Defendant:

A.      For statutory, actual, and punitive damages provided and pursuant to the FCRA,15

U.S.C. 1681 § n(a)(1)(A), n(2), n(3); in the alternative for damages pursuant to negligence under 15

U.S.C. 1681 § o (a)(1)(2)

      B.     For attorneys' fees and costs provided and pursuant to 15 USC §1681n of the FCRA;

      C.     A Declaration that the Defendant's practices violated the FCRA; and

      D.     For any such other and further relief, as well as further costs, expenses and

disbursements of this action, as this Court may deem just and proper.

Dated: New York, New York
       February 21, 2025

                                    Respectfully submitted,

                                      By: _____

                                      Pablo E. Bustos, Esq.
                                      Bustos & Associates, P.C.
                                      70 West 40th Street, 8th Floor
                                      New York, New York 10018
                                      pbustos@bustosassociates.com
                                      Phone: (212) 970-6727
                                      *Attorneys for Plaintiff*



**View report from**

Oct 17, 2024 ⌄

## GIUSEPPE A AZZARA

**642**
Calculated using VantageScore 3.0
Provided by TransUnion

## Personal Information

**NAMES REPORTED**

GIUSEPPE A AZZARA

**EMPLOYMENT INFO**

NYC DEPT OF SANITATION

AT T WIRELESS SERVICES

**ADDRESSES REPORTED**

📍 5927 70TH AV 1
   FLUSHING, NY
   11385

📍 59 70TH AV 27
   RIDGEWOOD, NY
   11385

📍 5027 70TH AV
   RIDGEWOOD, NY
   11385

|  For You | ∿ Credit | 💳 Cards | 💰 Loans | 💵 Money |
|---|---|---|---|---|



You can submit a dispute without leaving Credit Karma. Look for Direct Dispute™ in the details of the account.

**CREDIT CARDS**

## CONTINENTAL FIN CO
Reported: Oct. 14, 2024

$775.00
**In good standing**

### Overview

You're currently using **48%** of your account's limit.

Balance
$775

Credit limit
$1600

Monthly payment

$45

Opened

Dec. 02, 2020 (3 yrs, 10 mos)

### Payment History

You've made **100%** of payments for this account on time.

|      | J | F | M | A | M | J | J | A | S | O | N | D |
|------|---|---|---|---|---|---|---|---|---|---|---|---|
| 2024 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |   |   |   |
| 2023 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2022 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2021 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

✓ Current    ✗ Late    ● Unknown

Last payment

Oct. 09, 2024

Current Payment Status

Current

| For You | Credit | Cards | Loans | Money |
|---------|--------|-------|-------|-------|

## Account Details

| | |
|---|---|
| Account status | Open |
| Type | Credit Card |
| Responsibility | Individual |
| Remarks | Dispute resolved; reported by grantor |
| Times 30/60/90 days late | 0/0/0 |
| Closed | No Info |

**See an error?**

**SEE AN ERROR?**

If there's an error on your report, you can submit a dispute.

DISPUTE AT TRANSUNION

**Creditor Information**

CONTINENTAL FIN CO
4550 NEW LINDEN HILL ROAD
WILMINGTON, DE 19808

(866) 449-4514

**MERRICK BANK**                                           $197.00
Reported: Oct. 14, 2024                           **In good standing**


For You


Credit

Cards


Loans


Money

Your Credit Health | Credit Karma

| Balance | Credit limit |
|---|---|
| $197 | $200 |

| Monthly payment | $38 |
|---|---|

| Opened | Apr. 30, 2020 (4 yrs, 5 mos) |
|---|---|

## Payment History

You've made **100%** of payments for this account on time.

|  | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2024 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |  |  |  |
| 2023 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2022 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2021 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

✓ Current     ✗ Late     ● Unknown

| Last payment | Oct. 01, 2024 |
|---|---|
| Current Payment Status | Current |
| Amount past due | $0 |
| Worst Payment Status | Current |

| For You | Credit | Cards | Loans | Money |
|---|---|---|---|---|

| | |
|---|---|
| Account status | Open |
| Type | Secured credit card |
| Responsibility | Individual |
| Remarks | Account information disputed by consumer, meets FCRA requirements |
| Times 30/60/90 days late | 0/0/0 |
| Closed | No Info |

**See an error?**

**SEE AN ERROR?**

If there's an error on your report, you can submit a dispute.

DISPUTE AT TRANSUNION

**Creditor Information**

MERRICK BANK
PO BOX 9201
OLD BETHPAGE, NY 11804

(800) 204-5936

**CREDIT ONE BANK**                                    $1,019.00
Reported: Oct. 11, 2024                          **In good standing**

**Overview**



For You      Credit      Cards      Loans      Money

Your Credit Health | Credit Karma

Monthly payment                                              $51

Opened                                    Aug. 28, 2020 (4 yrs, 1 mo)

## Payment History

You've made **100%** of payments for this account on time.

|      | J | F | M | A | M | J | J | A | S | O | N | D |
|------|---|---|---|---|---|---|---|---|---|---|---|---|
| 2024 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |   |   |   |
| 2023 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2022 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2021 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

✓ Current     ✗ Late     ● Unknown

Last payment                                      Oct. 07, 2024

Current Payment Status                                 Current

Amount past due                                            $0

Worst Payment Status                                   Current

| For You | Credit | Cards | Loans | Money |
|---------|--------|-------|-------|-------|

Your Credit Health | Credit Karma

| | |
|---|---|
| Account status | Open |
| Type | Credit Card |
| Responsibility | Individual |
| Remarks | No Info |
| Times 30/60/90 days late | 0/0/0 |
| Closed | No Info |

**See an error?**

**SEE AN ERROR?**

If there's an error on your report, you can submit a dispute.

DISPUTE AT TRANSUNION

**Creditor Information**

CREDIT ONE BANK
PO BOX 98872
LAS VEGAS, NV 89193

(877) 825-3242

**CREDIT ONE BANK**
Reported: Sep. 24, 2024

**$1,605.00**
**In good standing**

**Overview**

| For You | Credit | Cards | Loans | Money |
|---|---|---|---|---|

Monthly payment                                                    $81

Opened                                             Sep. 13, 2021 (3 yrs, 1 mo)

 For You           Credit           Cards           Loans           Money

10/17/24, 1:16 PM                          Your Credit Health | Credit Karma



## Payment History

You've made **100%** of payments for this account on time.

|      | J | F | M | A | M | J | J | A | S | O | N | D |
|------|---|---|---|---|---|---|---|---|---|---|---|---|
| 2024 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |   |   |   |   |
| 2023 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2022 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2021 |   |   |   |   |   |   |   |   | ✓ | ✓ | ✓ | ✓ |

✓ Current    ✕ Late    ● Unknown

| | |
|---|---|
| Last payment | Jul. 25, 2024 |
| Current Payment Status | Current |
| Amount past due | $0 |
| Worst Payment Status | Current |

## Account Details

| | |
|---|---|
| Account status | Open |
| Type | Credit Card |
| Responsibility | Individual |
| Remarks | No Info |
| Times 30/60/90 days late | 0/0/0 |
| Closed | No Info |

**See an error?**

**SEE AN ERROR?**


For You


Credit


Cards


Loans


Money

Your Credit Health | Credit Karma

**Creditor Information**

CREDIT ONE BANK
PO BOX 98872
LAS VEGAS, NV 89193

(877) 825-3242

**CAPITAL ONE**
Reported: Sep. 23, 2024

**$5,855.00**
**In good standing**

**Overview**

You're currently using **106%** of your account's limit.

| | |
|---|---|
| Balance | Credit limit |
| $5855 | $5500 |
| Monthly payment | $196 |
| Opened | Sep. 29, 2022 (2 yrs) |

**Payment History**

You've made **100%** of payments for this account on time.

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2024 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | | | | |
| 2023 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2022 | | | | | | | | | | ✓ | ✓ | ✓ |

✓ Current    ✗ Late    ● Unknown



For You
 Credit
 Cards
 Loans

Money

Your Credit Health | Credit Karma

| | |
|---|---|
| Amount past due | $0 |
| Worst Payment Status | Current |

## Account Details

| | |
|---|---|
| Account status | Open |
| Type | Credit Card |
| Responsibility | Individual |
| Remarks | Dispute resolved; reported by grantor |
| Times 30/60/90 days late | 0/0/0 |
| Closed | No Info |

## See an error?

### SEE AN ERROR?

If there's an error on your report, you can submit a dispute.

DISPUTE AT TRANSUNION

## Creditor Information

CAPITAL ONE
PO BOX 31293
SALT LAKE CITY, UT 84131

(800) 955-7070



For You

Credit

Cards



Loans

Money

🔔

## Overview

You're currently using **4%** of your account's limit.

| Balance | Credit limit |
|---|---|
| $25 | $600 |

Monthly payment                                                $0

Opened                                        Aug. 29, 2020 (4 yrs, 1 mo)

## Payment History

You've made **100%** of payments for this account on time.

|      | J | F | M | A | M | J | J | A | S | O | N | D |
|------|---|---|---|---|---|---|---|---|---|---|---|---|
| 2024 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |   |   |   |   |
| 2023 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2022 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2021 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

˅

✓ Current      ✕ Late      ● Unknown

Last payment                                            Mar. 28, 2024

Current Payment Status                                        Current

Amount past due                                                   $0

Worst Payment Status                                          Current


For You


Credit


Cards


Loans


Money

Your Credit Health | Credit Karma

| | |
|---|---|
| Account status | Open |
| Type | Secured credit card |
| Responsibility | Individual |
| Remarks | No Info |
| Times 30/60/90 days late | 0/0/0 |
| Closed | No Info |

**See an error?**

**DIRECT DISPUTE™**

If there's an error on your report, you can submit a dispute without leaving Credit Karma.

DISPUTE AN ERROR

**Creditor Information**

SELF FINANCIAL INC / LEA
901 E. 6TH STREET SUITE #400
AUSTIN, TX 78702

(877) 883-0999

**BLOOMINGDALES/CITIBANK,**           $0.00
Reported: Dec. 07, 2019            **Closed**

**Overview**

For You        Credit        Cards        Loans        Money

Your Credit Health | Credit Karma

Monthly payment                                                $0

Opened                              Apr. 02, 2013 (11 yrs, 6 mos)

| For You | Credit | Cards | Loans | Money |

## Payment History

You've made **100%** of payments for this account on time.

|      | J | F | M | A | M | J | J | A | S | O | N | D |
|------|---|---|---|---|---|---|---|---|---|---|---|---|
| 2019 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |   |
| 2018 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2017 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2016 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

✓ Current      ✕ Late      ● Unknown

| | |
|---|---|
| Last payment | May 18, 2015 |
| Current Payment Status | Current |
| Amount past due | $0 |
| Worst Payment Status | Current |

## Account Details

| | |
|---|---|
| Account status | Paid |
| Type | Charge account |
| Responsibility | Individual |
| Remarks | Canceled by credit grantor |
| Times 30/60/90 days late | 0/0/0 |
| Closed | Dec. 06, 2017 |

## See an error?

## DIRECT DISPUTE™


For You


Credit


Cards


Loans


Money

Your Credit Health | Credit Karma

**Creditor Information**

BLOOMINGDALES/CITIBANK,
PO BOX 6789
SIOUX FALLS, SD 57117

**SYNCB/LOWES**                                              $0.00
Reported: Apr. 21, 2017                                     **Closed**

**Overview**

You're currently using **0%** of your account's limit.

Balance                                        Credit limit
$0                                                    $400

Monthly payment                                          $0

Opened                            May 17, 2011 (13 yrs, 5 mos)

**Payment History**

You've made **100%** of payments for this account on time.

|      | J | F | M | A | M | J | J | A | S | O | N | D |
|------|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017 | ✓ | ✓ | ✓ |   |   |   |   |   |   |   |   |   |
| 2016 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2015 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2014 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

Current        Late        ● Unknown


For You


Credit


Cards

Loans


Money

✔ Current    ✕ Late    ● Unknown

| | |
|---|---|
| Last payment | No Info |
| Current Payment Status | Current |
| Amount past due | $0 |
| Worst Payment Status | Current |

**Account Details**

| | |
|---|---|
| Account status | Closed |
| Type | Charge account |
| Responsibility | Individual |
| Remarks | Inactive account |
| Times 30/60/90 days late | 0/0/0 |
| Closed | May 22, 2015 |

**See an error?**

**DIRECT DISPUTE™**

If there's an error on your report, you can submit a dispute without leaving Credit Karma.

DISPUTE AN ERROR

| | | | | |
|---|---|---|---|---|
| For You | Credit | Cards | Loans | Money |

PO BOX 71727
PHILADELPHIA, PA 19176

(800) 444-1408

Hide closed (2)

**OTHER LOANS**

## AUSTIN CAPITAL BANK SSB
Reported: Sep. 30, 2024

$710.00
**In good standing**

### Overview

You have **71%** left to pay on this loan.

| | |
|---|---|
| Balance | Highest Balance |
| $710 | $1000 |
| Monthly payment | $15 |
| Opened | Apr. 18, 2020 (4 yrs, 6 mos) |
| Term | 120 months |

### Payment History

You've made **100%** of payments for this account on time.

|       | J | F | M | A | M | J | J | A | S | O | N | D |
|-------|---|---|---|---|---|---|---|---|---|---|---|---|
| 2024  | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |   |   |   |   |
| 2023  | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |



For You    Credit    Cards    Loans    Money

2021    ✓    ✓    ✓    ✓    ✓    ✓    ✓    ✓    ✓    ✓    ✓    ✓

✓ Current    ✕ Late    ● Unknown

| | |
|---|---|
| Last payment | Sep. 18, 2024 |
| Current Payment Status | Current |
| Worst Payment Status | Current |

## Account Details

| | |
|---|---|
| Account status | Open |
| Type | Secured loan |
| Responsibility | Individual |
| Remarks | No Info |
| Times 30/60/90 days late | 0/0/0 |
| Closed | No Info |

**See an error?**

**DIRECT DISPUTE™**

If there's an error on your report, you can submit a dispute without leaving Credit Karma.

DISPUTE AN ERROR



For You        Credit        Cards        Loans        Money

8100 SHOAL CREEK
AUSTIN, TX 78757

(512) 693-3600

## ATLANTIC CAP BKSELFLENDR
Reported: Feb. 24, 2022

$0.00
**Closed**

### Overview

You have **0%** left to pay on this loan.

| Balance | Highest Balance |
|---|---|
| $0 | $520 |

| | |
|---|---|
| Monthly payment | $0 |
| Opened | Feb. 24, 2020 (4 yrs, 7 mos) |
| Term | 24 months |

### Payment History

You've made **100%** of payments for this account on time.

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2022 | ✓ | | | | | | | | | | | |
| 2021 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2020 | | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

✓ Current    ✗ Late    ● Unknown

Last payment                                        Feb. 24, 2022

| For You | Credit | Cards | Loans | Money |
|---|---|---|---|---|

Your Credit Health | Credit Karma



### Account Details

| | |
|---|---|
| Account status | Closed |
| Type | Secured loan |
| Responsibility | Individual |
| Remarks | Closed |
| Times 30/60/90 days late | 0/0/0 |
| Closed | Feb. 24, 2022 |

### See an error?

### DIRECT DISPUTE™

If there's an error on your report, you can submit a dispute without leaving Credit Karma.

DISPUTE AN ERROR

### Creditor Information

ATLANTIC CAP BKSELFLENDR
515 CONGRESS AVE SUITE 2200
AUSTIN, TX 78701

(877) 883-0999

^
Hide closed (1)

| For You | Credit | Cards | Loans | Money |
|---|---|---|---|---|

## Overview

You have **97%** left to pay on this real estate loan.

| | |
|---|---|
| Balance | Highest Balance |
| $518736 | $534187 |
| | |
| Monthly payment | $4512 |
| | |
| Opened | Jul. 28, 2022 (2 yrs, 2 mos) |
| | |
| Term | 360 months |

## Payment History

You've made **100%** of payments for this account on time.

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2024 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | | | | |
| 2023 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2022 | | | | | | | | | ✓ | ✓ | ✓ | ✓ |

✓ Current    ✗ Late    ● Unknown

| | |
|---|---|
| Last payment | Sep. 05, 2024 |
| Current Payment Status | Current |
| Worst Payment Status | Current |

| For You | Credit | Cards | Loans | Money |
|---|---|---|---|---|

| | |
|---|---|
| Account status | Open |
| Type | FHA real estate mortgage |
| Responsibility | Individual |
| Remarks | No Info |
| Times 30/60/90 days late | 0/0/0 |
| Closed | No Info |

**See an error?**

**DIRECT DISPUTE™**

If there's an error on your report, you can submit a dispute without leaving Credit Karma.

DISPUTE AN ERROR

**Creditor Information**

CARRINGTON MORTGAGE SERV
15 ENTERPRISE ST SUITE 200
ALISO VIEJO, CA 92656

(800) 561-4561

## Hard Inquiries

When you apply for a new credit account, a hard inquiry will usually get added to your report, which can make a small dent in your score. Here are the inquiries on your TransUnion report.

 For You     Credit    📇 Cards    💰 Loans    📷 Money





**See an error?**

Find out how to dispute a hard inquiry

**Institution Information**

XACTUS LLC
600 SAW MILL ROAD
WEST HAVEN, CT
06516
(800) 243-0120

## Collections

If you've fallen behind on payments, your account could be sent to a collections agency. This can have a big impact on your credit score.

*Clean slate! As of Oct. 17, 2024, you have no collection accounts on your credit report.*

## Public Records

Things like bankruptcies and legal judgments against you can show up on your credit report and do some damage to your score.



**Chapter 13 Bankruptcy: Bankruptcy**          $0.00  ..
Oct. 29, 2018                                **Dismissed**

**Overview**

Reference Number                             1846208

Date Filed                                   Oct. 29, 2018

| 📄 For You | 〰️ Credit | 💳 Cards | 🪙 Loans | 💵 Money |
|---|---|---|---|---|

Responsibility                                              Individual

Asset Amount                                                    0.00

**See an error?**

**SEE AN ERROR?**

If there's an error on your report, you can submit a dispute.

DISPUTE AT TRANSUNION

**Institution Information**

USBK COURT EASTERN NEW Y
271 C CADMAN PLAZA EAST SUITE 1595
BROOKLYN, NY
11201
(347) 394-1700

**Suggested for your credit**                          **Suggested cards**

We suggest offers based on your credit, Approval Odds, and money we make from our partners.

**Advertiser Disclosure**


For You


Credit


Cards


Loans


Money



Your chance of approval is **very good**

| REGULAR PURCHASE APR | ANNUAL FEE |
|---|---|
| 29.99% (Variable) | $0 |

Continue

See details, rates, and fees


For You


Credit


Cards

 
Loans


Money

https://www.creditkarma.com/credit-health/transunion/credit-report/print                26/26

Novermber 11 2024

**Giuseppe Azzara**
**59-27 70th Avenue**
**Ridgewood, NY 11385**
**SS#:** ███████
**DOB:** ███████

**TRANSUNION:**

**Re: Delete Inaccurate Information**

**Dear Sir or Madam:**

I am requesting that you investigate and remove the following account.

**THE FOLLOWING ACCOUNT IS WRONG AND INACURRATE–PLEASE INVESTIGATE AND DELETE ACCOUNT.**

1.  **BANKRUPTCY CH 13**        **REFERENCE# 1846208CEC**

**\*\*PLEASE NOTE\*\* I AM OPTING OUT OF RECEIVING CREDIT REPORT RESPONSES ELECTRONICALLY.  I MUST RECEIVE ALL CORRESPONDENCE VIA U.S. MAIL.**

**AS OF RIGHT NOW, PLEASE DO NOT ADD A FRAUD ALERT TO MY CREDIT FILE UNLESS I SPECIFICALLY REQUEST IT FROM YOU AND NOT FROM ANY OTHER CREDIT BUREAU(S).**

**Sincerely,**

After your investigation is over and the accounts are removed please block them from the file so they are not reported at a later date. I am also requesting a copy of my entire credit file for further reviews. I am requesting that you forward me all documents you have concerning my file, not just my report. Please include all factual data forms, all notices of delinquencies and any other items that my file might contain. If there is a fee required, please notify me immediately so that I may remit any payments necessary for the above mentioned request.



9589 0710 5270 1805 0504 95

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

**CERTIFIED MAIL**

9589 0710 5270 1805 0504 95

9589 0710 5270 1805 0504 95

TRANSUNION
P.O. BOX 2000
CHESTER PA 19016

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT

CamScanner

ALERT: EFFECTIVE NOVEMBER 29, 2024, INTERNATIONAL MAIL SERVICE TO **CANADA** IS TEMPO...

# USPS Tracking®

**FAQs >**

Remove ✕

Tracking Number:

## 9589071052701805050495

Copy     Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was picked up at a postal facility at 5:33 pm on November 20, 2024 in CHESTER, PA 19013.

**Get More Out of USPS Tracking:**

   **USPS Tracking Plus®**

● **Delivered**
Delivered, Individual Picked Up at Postal Facility
CHESTER, PA 19013
November 20, 2024, 5:33 pm

● Arrived at Post Office
CHESTER, PA 19013
November 20, 2024, 9:20 am

● Arrived at USPS Regional Destination Facility
PHILADELPHIA PA DISTRIBUTION CENTER
November 19, 2024, 10:25 am

● Arrived at USPS Regional Origin Facility
MID NY DISTRIBUTION CENTER
November 18, 2024, 9:53 pm

● USPS in possession of item
RIDGEWOOD, NY 11385
November 18, 2024, 10:52 am

12/8/24, 8:38 PM                                    USPS.com® - USPS Tracking® Results

- **Hide Tracking History**

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

| Text & Email Updates | ∨ |
|---|---|

| USPS Tracking Plus® | ∨ |
|---|---|

| Product Information | ∨ |
|---|---|

**See Less** ∧

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

FAQs



***341460255-116***
TransUnion LLC
PO Box 805
Woodlyn, PA 19094-0805

| File Number: | 341460255 |
| Page: | 1 of 1 |
| Date Issued: | 11/22/2024 |

PKZKFK00100261-I000521-224233640

GIUSEPPE A AZZARA
5927 70TH AVE
FLUSHING, NY 11385

We applaud your recent efforts to take charge of your credit. We want you to know we're on your side, and we're here to help support you on your path toward credit health.

We recently received a request that included your information, but it didn't appear that you or a properly authorized third party sent it to us. We take the privacy and security of your data very seriously, so we won't process requests unless they come directly from you or an authorized third party. If you're working with a third party such as a credit repair company or "credit clinic", they have to identify themselves in their communications to us, and provide proof that you've authorized them to communicate with us on your behalf.

It's important to know that if you see something on your TransUnion credit report that you believe is inaccurate, you can dispute it easily and securely on your own for free, without paying a fee to any company. If you've hired a credit repair company and they insist on payment up front, encourage you to misrepresent your credit information or instruct you not to contact a credit reporting agency directly, they are not acting lawfully. Learn more about credit repair and your rights at transunion.com/repairletter.

If you feel you received this letter in error, please contact us to confirm your identity and the information you wish to dispute. You may do this by visiting transunion.com/credit-disputes and selecting "Start Dispute" or you may contact us by phone at 800-916-8800 Monday - Friday 8:00AM - 11:00PM Eastern and on Saturday & Sunday 8:00AM - 5:00PM Eastern, excluding holidays.

You can count on us as a resource as you work to achieve your credit health goals - we want you to be able to get the financial opportunities you deserve.

Sincerely,



Your TransUnion Support Team

CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF QUEENS

Index No.:

GIUSEPPE AZZARA,

Plaintiff,

- against -

TRANSUNION,

Defendant.

---

## COMPLAINT

---

*Pablo E. Bustos, Esq.*
*Bustos & Associates, P.C.*
*70 West 40th Street, 8th Floor*
*New York, New York 10018*
*pbustos@bustosassociates.com*
*Phone: (212) 970-6727*